# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 2:09-CR-42-DBH |
| PATRICK CAREY, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON REQUEST FOR EARLY
## TERMINATION OF SUPERVISED RELEASE

Request for early termination of supervised release is **DENIED**. Termination is premature at this time. I am glad for the progress the defendant has made, but he should continue with his positive efforts before termination or modification is considered.

**SO ORDERED.**

**DATED THIS 27TH DAY OF AUGUST, 2014**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**