# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| v. ) | **CRIMINAL NO. 2:09-CR-42-DBH** |
| ) | |
| **PATRICK CAREY,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER ON REQUEST FOR EARLY
## TERMINATION OF SUPERVISED RELEASE

The defendant has requested early termination of his supervised release. I congratulate him on the progress he has made under supervision. However, there have been incidents during supervision that persuade me that it is best for this defendant to complete his supervision. The request for termination is therefore **DENIED**.

**SO ORDERED.**

**DATED THIS 13TH DAY OF OCTOBER, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**